Submitted on record and appellant's brief May 5, reversed and remanded with instructions May 29, 1986

In the Matter of the Suspension of
the Driving Privileges of

KIRK,
*Respondent,*

*v.*

MOTOR VEHICLES DIVISION,
*Appellant.*

(16-85-02356; CA A36322)

719 P2d 516

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for appellant.

No appearance for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

The Motor Vehicles Division appeals from a judgment that reversed its suspension of respondent's operator's license because he refused to take a blood alcohol breath test. We reverse for the reasons set forth in *Wimmer v. MVD,* 75 Or App 287, 706 P2d 182, *rev den* 300 Or 367 (1985).

Reversed and remanded with instructions to reinstate order of suspension.